**Margery A. MORSTEIN,**
**Plaintiff–Appellant,**

v.

**NATIONAL INSURANCE SERVICES, INC.; Pan American Life Insurance Company; The Shaw Agency; Scott Hankins, Defendants–Appellees.**

No. 94–9152.

United States Court of Appeals,
Eleventh Circuit.

April 11, 1996.

Edward Francis Danowitz, Danowitz & Ryder, Atlanta, GA, for appellant.

Michael T. Thornton, Linda M. FitzGerald, Atlanta, GA, for appellees.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before TJOFLAT, Chief Judge, and KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.